**In the United States District Court
for the District of Kansas**

———————

Case No. 5:22-cr-40055-TC-1

———————

UNITED STATES OF AMERICA,

*Plaintiff*

v.

ROGER GOLUBSKI,

*Defendant,*

———————

**TRIAL ORDER**

    The above listed case is set for jury trial **December 2, 2024 at 9:00 a.m**. in Courtroom 401 in the Frank Carlson Federal Building, 444 S.E. Quincy St., Topeka, Kansas before Judge Toby Crouse. Pursuant to an agreement between the parties in light of Defendant's medical condition, trial will be held Monday, Wednesday, and Friday of each week, consisting of approximately **17 courtroom days**. There will be no trial on December 23 or any Federal Holiday. The Court sets the following deadlines for the trial, which supersede any prior deadlines. Filings are due on or before 3:00 pm on the specified dates.

1.     The parties will file a joint motion for issuance of a special jury questionnaire no later than **August 16, 2024**. If necessary, a motion hearing is set for **August 21, 2024 at 1:30 p.m**. in Courtroom 401. The Final Juror Questionnaire will be mailed by the jury coordinator by **September 3, 2024.** The parties are directed to file a joint motion to strike venire members for cause by **November 8, 2024.**

2.     Deadline for filing witness and exhibit lists: **10/7/24**

3.     Deadline for making expert disclosures: **10/7/24**

4. Deadline for government to provide notice pursuant to 404(b): **10/7/24**

5. Deadline for filing motions in limine: **10/14/24**

6. Deadline for responses to motions in limine: **10/21/24**

7. Deadline for filing proposed voir dire questions: **10/28/24**

8. The parties shall file their jointly proposed jury instructions no later than **11/18/24**, with a copy in WORD format emailed to the undersigned chambers email account. It is anticipated that the Court will file proposed instructions on or about **11/27/24**. Written objections to the proposed instructions must be filed no later than 3:00 p.m. on **11/29/24.**

9. Parties are directed to follow JERS Instructions as outlined on the undersigned Judge's web page and provide the flash drive, or CD to the Court no later than **11/18/24.**

10. Limine conference/pretrial conference will be held on **11/18/24 at 1:30 p.m.** in Topeka in Courtroom 401; and

11. Estimated trial length: Pursuant to an agreement between the parties in light of Defendant's medical condition, trial will be held Monday, Wednesday, and Friday of each week, consisting of approximately **17 courtroom days, including two days for voir dire**. There will be no trial on December 23 or any Federal Holiday. Trial to begin **December 2, 2024 at 9:00 a.m. in Courtroom 401.**

IT IS SO ORDERED.

Date:  July 12, 2024            _s/ Toby Crouse_____

                                Toby Crouse
                                United States District Judge