# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JURY QUESTIONNAIRE

You are a potential juror in a federal criminal trial, *United States v. Roger Golubski*. From this day forward, **DO NOT** read or intentionally view anything about this case or do any investigation or research related to this case.

Prospective jurors are being asked to complete this Jury Questionnaire in advance of their scheduled jury duty. You must answer these questions fully and truthfully. If you need more space to answer any of the following questions, please use the final blank page of this questionnaire, and clearly mark the question number you are answering.

The information that you provide will be used by the judge, the lawyers, and their agents during the jury selection process. None of those people are permitted to disclose the information you provide to anyone unless they are involved in the case as an attorney, an authorized agent of an attorney, or a representative of the court.

Some of the questions below are of a sensitive nature and refer to sexual assault and interactions with and views about law enforcement. Please keep in mind that the only "right" answers are honest answers. Your full and honest participation is essential so that the Court and the parties can select a fair and impartial jury for this case. Not being selected just means that you may be better suited to sit as a juror on a different case. Please complete the questionnaire yourself without consulting, talking to, or seeking assistance from anyone.

Please also note that when in court, your identity will be confidential. You will not be referred to by name, but by a random number assigned by the court, and the proceedings will not be televised.

Be sure to sign and date the questionnaire, and then return it to the court in the enclosed envelope **within five (5) days**.

## JURY QUESTIONNAIRE

**Background Questions**

1.  Name:

2.  Juror number (located on the summons form):

3.  What is the highest level of education you have completed?
□ Middle School
□ High School
□ Technical or Vocational School
□ 1-2 Years College
□ 4 Years College
□ Graduate School
    a.  If you attended and/or graduated from college, vocational school, graduate school, or earned a professional degree, please indicate where you attended and what degree and area (e.g., education, engineering, science, etc.):


4.  Have you ever studied law, obtained a law degree, or received legal training?
_____ Yes _____ No

If yes, please describe:


5.  Please indicate the city and county in which you live:

6.  Have you resided in the Kansas City metropolitan area at any point?  If yes, when?


7.  Please state whether you are working and, if so, the name of your employer and job title and responsibilities:



8.  If you are retired, please state your occupation before retirement:


9.  If you have a significant other, please state whether they are working and, if so, the name of their employer and their job title and responsibilities:

10. Have you ever worked for any part of the federal government?
_____ Yes _____ No

If yes, please describe:

11. Have you ever served in the military?
_____ Yes _____ No

If yes, what branch?
What was your highest rank?

12. Are you, or have you ever been, involved in any social, civil, religious, political, recreational, or volunteer organizations or clubs?  If so, please list them below.

13. Have you, a family member, or anyone close to you participated in any protests, demonstrations, marches, or civil disobedience of any kind during the last two years?
_____ Yes _____ No

If yes, please explain the subject matter of any such protests, the nature of your reasons for involvement, and where and when the protests occurred:

14. From which of the following sources do you usually get your news?

❏ Newspapers ❏ Television/cable ❏ Podcasts
❏ Radio ❏ Social media ❏ Websites

For any category you checked, what specific shows, channels, websites, papers, etc. do you most often consume?

15. Have you heard or read anything about this case, *United States v. Roger Golubski*, in the media or elsewhere?

_____ Yes _____ No

If yes, please provide a detailed account of what you know or recall, and your opinions about it.  This will help to shorten the jury selection process.  **Do not** look up any details to refresh your memory.

16. On a scale of 1 to 5, with one being extremely skeptical and five being extremely trusting, where do you rate yourself?

17. On a scale of 1 to 5, with one being extremely concerned about crime and five being not very concerned about crime, where do you rate yourself?

**Experience with the Criminal Justice System**

18. Have you, a family member, or anyone close to you had an experience that has caused you to have positive or negative feelings towards law enforcement officers?
_____ Yes _____ No

If yes, please describe your experience and why it caused positive or negative feelings:

19. Have you, a family member, or anyone close to you ever been arrested, charged, or convicted of a crime?
_____ Yes _____ No

If yes, please explain what happened and share whether, in your view, the person arrested for or charged with a crime was treated fairly by the criminal justice system (police, prosecutor, parole officer, defense attorney, etc.):

20. Have you, a family member, or anyone close to you ever been a victim of a crime?
_____ Yes _____ No

If yes, please explain what happened and share whether, in your view, the crime victim was treated fairly by the criminal justice system (police, prosecutor, parole officer, defense attorney, etc.):

21. In your opinion, what are the three most important issues with our criminal justice system?

22. Have you ever served on a jury before?
_____ Yes _____ No

If yes, please provide the following information:
    a.  Was it a trial jury or a grand jury?
    b.  Was it a civil or criminal case?
    c.  Was it in state or federal court?
    d.  Where was the court (what state or county)?
    e.  When did you serve?
    f.  Did you serve as foreperson?
    g.  Was a verdict reached?
    h.  What was the verdict?
    i.  Have you served more than once?  If yes, please describe.

23. How do you feel about each of the following groups or agencies? (Check one per row.)

| | Very Positive | Positive | Neutral | Negative | Very Negative |
|---|---|---|---|---|---|
| Police officers generally | ❏ | ❏ | ❏ | ❏ | ❏ |
| The Kansas City, Kansas Police Department | ❏ | ❏ | ❏ | ❏ | ❏ |
| The U.S. Department of Justice | ❏ | ❏ | ❏ | ❏ | ❏ |
| The Federal Bureau of Investigation ("FBI") | ❏ | ❏ | ❏ | ❏ | ❏ |
| The United States Attorney's Office | ❏ | ❏ | ❏ | ❏ | ❏ |
| Criminal defense attorneys | ❏ | ❏ | ❏ | ❏ | ❏ |
| Prosecutors generally | ❏ | ❏ | ❏ | ❏ | ❏ |
| People protesting police actions | ❏ | ❏ | ❏ | ❏ | ❏ |
| The federal government | ❏ | ❏ | ❏ | ❏ | ❏ |

Please explain any "very positive" or "very negative" feelings you have towards any of the those groups:

## Case-Related Questions

24. This case involves allegations that a police officer sexually assaulted and raped multiple women while he was acting in his authority as a police officer.

    If seated as a juror in this trial, you will hear words and phrases, including slang terms, related to body parts, such as "penis," "vagina," and "breast," and terms related to sexual acts, including slang terms for these acts.  Is there anything about hearing testimony about sexual assault, rape, or sexual acts that would affect your ability to be a fair and impartial juror for this case?
    _____ Yes _____ No

    If yes, please explain:

25. Have you, a family member, or anyone close to you ever been the victim of sexual assault, sexual harassment, or unwanted sexual conduct?
    _____ Yes _____ No

    If yes,
    a) Please explain whether this happened to you, or to someone else, or both:

    b) Is there anything about that experience that would affect your ability to be a fair and impartial juror in this case?  Please explain.

26. Have you, a family member, or anyone close to you ever been accused of sexual assault, sexual harassment, or unwanted sexual conduct?
_____ Yes _____ No


If yes,

   a)  Please explain whether this happened to you, or to someone else, or both:



   b)  Is there anything about that experience that would affect your ability to be a fair and impartial juror in this case?  Please explain.




27. There will be witnesses of different races involved in this case.  Do you have any thoughts or views that would make it difficult for you to listen to the testimony of a person of any particular race?  Would you automatically give more or less credibility to the testimony of a witness simply because of their race, without hearing anything else?  Please explain:

28. Some of the witnesses in this case may have been convicted of a crime or served time in jail or prison. Would you automatically give more or less credibility to the testimony of a witness because of their criminal history or the fact that they were in custody, without hearing anything else? Please explain:

29. The defendant in this case was previously a law enforcement officer. Would you automatically give more or less credibility to the testimony of a law enforcement officer just because they worked in law enforcement, without hearing anything else? Please explain:

30. Do you feel that rendering a verdict in this case would subject you to criticism by family, friends, business associates, your church members or members of other religious institutions, or others?
    Yes _____                No _____

    If so, would such potential criticism affect your ability to be fair and impartial?
    Yes _____                No _____

    Please explain:

31. Have you, a family member, or anyone close to you ever worked in law enforcement?
    _____ Yes _____ No

If yes,

    a) What is the nature of your relationship to this person?

    b) Which law enforcement agency?

c) Have they ever been accused of wrongdoing at work?

d) If yes to part (c),
    i.    What was the nature of the accusation?


    ii.    Do you feel that they were treated fairly?


    iii.    Is there anything about the situation that would affect your ability to serve as a fair and impartial juror in this case?  Please explain:




32. Have you, a family member, or anyone close to you ever been employed, or sought employment, with any of the following agencies or similar organizations:
☐ Kansas City, Kansas Police Department
☐ United States Department of Justice
☐ United States Attorney's Office
☐ Federal Bureau of Investigation
☐ Other similar agency or organization

If yes, please explain:


33. What are your feelings towards police using informants as a tool to help solve crimes?


34. Do you believe it is okay for informants to be financially compensated for providing information to police?


35. Have you, a family member, or anyone close to you ever struggled with alcohol or drug use or addiction?
   _____ Yes _____ No

If yes, please explain whether this applies to you, or to someone else, or both:

36. Some of the witnesses in this case may have suffered from alcohol or drug addiction.
    a.   What are your thoughts about people with such addictions?

    b.   Would you automatically give more or less credibility to a person who suffers
         or suffered from an addiction, without hearing more?  Please explain:

37. Over the past few years, the "Me Too" movement has sparked a national debate on
    sexual assault and harassment.  How do you feel about this movement?  Please explain.

38. What are your feelings on the current state of race relations in the United States in 2024?

39. Do you feel that race relations have changed in the past 20 or 30 years?  Please explain.

40. What are your feelings on bi-racial relationships and marriages?

**Suitability Questions**

41. As a juror, your job is to evaluate the evidence and apply the law to the facts.  You have no role in sentencing.  That said, do you have any religious, ethical, political, moral, or philosophical beliefs that would affect your ability to be fair and impartial or that would prevent you from serving as a juror on a criminal case?

     _____ Yes  _____ No


If yes, please explain:



42. Do you have any mental or physical condition that might make it so difficult for you to serve as a juror in this case that it would affect your ability to pay attention to the trial?

     _____ Yes  _____ No

If yes, please explain:



43. The trial is expected to last up to 17 trial days, beginning on December 2.  Trial days will be Monday, Wednesday, and Friday only.  Jurors will be expected to be at the federal courthouse in Topeka between 9 am and 5 pm those days.  Do you have any significant obligations that would interfere with your ability to serve as a juror during that period?

     _____ Yes  _____ No

If yes, please explain:




44. **Without doing additional research**, please indicate whether you are acquainted with or have any kind of personal or professional relationship, including through social media such as Facebook, with any of the following groups or individuals:

□ Stephen Hunting, Assistant United States Attorney; Tara Allison, Trial Attorney for the United States Department of Justice; or any staff member or affiliate of the United States Attorney's Office or the United States Department of Justice;

□ Christopher Joseph, Defense Attorney, Joseph, Hollander & Craft LLC; Carrie Parker, Defense Attorney, Joseph, Hollander & Craft LLC; or any staff member or affiliate of Joseph, Hollander & Craft LLC;

□ Defendant Roger Golubski or his family members.


If you checked any of the above boxes, please explain:


45. If there is any matter not covered by this questionnaire that you think will affect your ability to be fair and impartial, or that the attorneys or judge might want to know about when considering you as a juror in this case, please explain:

If you need extra space to respond to any of the above questions, please continue your answer below, and note the number of the question to which you are responding.

I, _____
             (print your name and juror number legibly)

declare under penalty of perjury that the above answers are true and correct to the best of my knowledge and belief.

_____
             (signature)

_____
             (date)